Republic of the Philippines
Department of Labor and Employment
**PHILIPPINE OVERSEAS EMPLOYMENT ADMINISTRATION**
**CONTRACT OF EMPLOYMENT**

*Dinah de Vera-Nicolas*
*Payroll Accountant*

KNOWN ALL MEN BY THESE PRESENTS:

This Contract, entered into voluntarily by and between:

Name of Seafarer :    **CARPIO JR., DIOGENES   MENDOZA**

Date of Birth :      **04/25/1975**      Age: **40**      Place of Birth :**MANILA**

Address :    **329 CAPALANGAN,  APALIT, PAMPANGA**

SIRB No. :   **C0689126**          SRC No. :   **0391777-99**

License No. :

hereinafter referred to as the Employee, and

Name of Agent :    **C.F. SHARP CREW MANAGEMENT, INC.**
Address of Agent :    **CASA ROCHA 290-292 GENERAL LUNA ST. INTRAMUROS, MANILA.**
For and in behalf of          **NORWEGIAN CRUISE LINE, LTD.**
         **7665 CORPORATE CENTER DRIVE, MIAMI FLORIDA, USA 33126**
(Principal/Country)

For the Vessel :    **M/S NORWEGIAN SKY (DECK AND ENGINE)**

| | | | |
|---|---|---|---|
| IMO No. :   **9128532** | Gross Registered Tonnage (GRT) :   **77104** | Flag :   **BAHAMAS** | |
| Official No. :   **731038** | Year Built :   **1999** | Vessel Type :   **PASSENGER / CRUISE SHIP** | |
| CBA Affiliation. :   **NSU CBA** | Classification Society :   **DNV** | | |

hereinafter referred to as the Employer.

WITNESSETH

1. That the employee shall be employed onboard under the following terms and conditions
    1.1 Duration of Contract             **6.00** months
    1.2 Position                     **2ND OFFICER**
    1.3 Basic          $     **1,593.00**   per month
    1.4 GTD O/T Pay     $     **1,611.00**   per month to 130 hours + 10 hours Public Holidays
    1.5 Vacation/Subsistence Allow.   $     **451.00**   per month
    1.6 Seniority Pay     $     **192.00**   per month    First Hire Date: **May 12, 2002**
    1.7 Special Monthly Incentives   $     **0.00**   per month
    **1.8 Total Monthly Pay to Seafarer**   $     **3,847**   **per month**
    1.9 O/T rate     $     **12.24**   per hour for extra O/T in excess of GTD O/T pay
    1.10 Provident Fund     $     **75.00**   (Directly remitted to AMOSUP)
    1.11 Union Fee     $     **20.00**   (Directly remitted to UNION)
    1.12 Subsistence Allowance     $     **0.00**   per accrued vacation/leave day
    1.13 POINT OF HIRE          **MANILA**

2. The herein terms and conditions in accordance with Governing Board Resolution No. 9 and Memorandum Circular No. 10, both Series of 2010, shall be strictly and faithfully observed.
3. The shipowner shall provide decent working and living conditions onboard the ship. Likewise, the health and social security protection benefits shall also be provided to the seafarer.
4. Any alterations or changes, in any part of this Contract shall be evaluated, verified, processed, and approved by the Philippine Overseas Employment Administration (POEA).  Upon approval, the same shall be deemed an integral part of the Standard Terms and Conditions Governing the Employment of Filipino Seafarers On Board Ocean-Going
5. Violations of the terms and conditions of this Contract with its approved addendum shall be ground for disciplinary action against the erring party.

IN WITNESS WHEREOF, the parties have hereto set their hands this **19 of August 2015** at Manila, Philippines.

**CARPIO JR., DIOGENES   MENDOZA**
Seafarer

**JICKIE P. ILAGAN**
For the Employer

*AUG 19, 2015*
Date

Verified and approved by the POEA:

DEPARTMENT OF LABOR AND EMPLOYMENT
PHILIPPINE OVERSEAS EMPLOYMENT ADMINISTRATION
IN-HOUSE Processing Program

Signature of POEA Official
JESUS R. RELLORA JR.
Documentation Manager
Date:   AUG 27 2015