UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC

    Defendant.
_____/

## **DEFENDANT'S NOTICE OF PENDING RELATED OR SIMILAR ACTIONS**

Defendant, NCL (Bahamas) Ltd., ("Norwegian"), by and through undersigned counsel and pursuant to S.D. FLA. L.R. 3.8 hereby gives notice of pending similar actions:

1. *Geraldine Buenavenutra v. NCL (Bahamas) Ltd., D-I Davit International, Inc., Hatecke Service USA, LLC,* Case No.: 18-22922.

    Respectfully submitted,

    MASE MEBANE & BRIGGS, P.A.
    *Attorneys for Defendant*
    2601 South Bayshore Drive, Suite 800
    Miami, Florida  33133
    Telephone:  (305) 377-3770
    Facsimile:   (305) 377-0080

    By:    /s/ *Adam Finkel*
            CURTIS J. MASE
            Florida Bar No.478083
            cmase@maselaw.com
            CAMERON W. EUBANKS
            Florida Bar No.: 85865
            ceubanks@maselaw.com
            ADAM FINKEL
            Florida Bar No.: 101505
            afinkel@maselaw.com

**MASE MEBANE & BRIGGS**

CASE NO.: CASE NO: 1:18-cv-22923-GAYLES/OTAZO-REYES

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adam Finkel*
ADAM FINKEL

## SERVICE LIST

Michael A. Winkleman, Esq.
Jason R. Margulies, Esq.
Lipcon, Margulies, Alsina & Winkleman, P.A.
Suite 1776, One Biscayne Tower
2 South Biscayne Blvd.
Miami, Florida  33131
Tel: (305) 373-3016
Fax: (305) 373-6204
mwinkleman@lipcon.com
jmargulies@lipcon.com
Anotari@lipcon.com
*Attorneys for Plaintiff*

Jerry D. Hamilton, Esq.
Robert M. Oldershaw, Esq.
Elisha M. Sullivan, Esq.
150 S.E. 2nd Avenue, Suite 1200
Miami, Florida  33131
Tel: (305) 379-3686
Fax: (305) 379-3690
jhamilton@hamiltonmillerlaw.com
roldershaw@hamiltonmillerlaw.com
esullivan@hamiltonmillerlaw.com
gbernardez@hamiltonmillerlaw.com
spayne@hamiltonmillerlaw.com
smarroquin@hamiltonmillerlaw.com
*Attorneys for Defendant Hatecke Service USA, LLC.*

CASE NO.: CASE NO: 1:18-cv-22923-GAYLES/OTAZO-REYES

Anthony P. Strasius, Esq.
Steven C. Jones, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
Tel: (305) 374-4400
Fax: (305) 579-0261
Anthony.strasius@wilsonelser.com
Steven.jones@wilsonelser.com
*Attorneys for Defendant  D-1 Davit International, Inc.*

19430//51