UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

      Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

      Defendants.
_____/

## [PROPOSED] ORDER

Upon consideration of Defendant D-I Davit International, Inc.'s Motion to Dismiss the Complaint or, in the alternative, Motion for Summary Judgment, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and all claims against D-I Davit International, Inc. are dismissed with prejudice.

      SO ORDERED, this ___ day of _____, 2018

                                                      _____
                                                      DARRIN P. GAYLES
                                                      UNITED STATES DISTRICT COURT JUDGE