**Republic of the Philippines**
**Department of Labor and Employment**
**NATIONAL LABOR AND RELATIONS COMMISSION**

heirs of OFW Diogenes N. Carpio Jr.
Jelen O. Carpio
_Complainant/s_

-versus-

CF Sharp Crew Mgt / NCL
_Respondent/s_

NLRC-OFW Case No. L (LAND-BASED) / S (SEA-BASED) 16772

- Walk-in settlement
$130,000

## COMPLAINT/ REQUEST FOR ASSISTANCE

NAME OF COMPLAINANT/S: Jelen O. Carpio
SEX: F   AGE: 92   CIVIL STATUS: M
NO. OF COMPLAINANT/S (If more than one): FEMALE ✓

ADDRESS: Phase 2 Blk 3 lot 34 Camella homes Fiorenza Palique, Apalit, Pampanga
ZIPCODE:

NAME OF RESPONDENT AGENCY (LOCAL AGENCY): CF sharp / NCL
ADDRESS: Casa Rocha 290 Gen. Luna St. Intramuros Mla
OWNER/MANAGER/PRESIDENT: Miguel Rocha

NAME OF RESPONDENT PRINCIPAL: NCL - Bahamas
ADDRESS: Miami Florida
NAME OF ACTUAL EMPLOYER:
ADDRESS:

NATURE OF WORK/POSITION: Deck Dept - 2nd Officer
SALARY PER CONTRACT: $2001
SALARY RECEIVED:
FLIGHT DATE (PHILS.): 4/30/2016
DEPARTURE 4/30/2016  ARRIVAL:
NAME OF WORK/FLAG/VESSEL: Norwegian Breakaway Deck / Engine
DATE DISMISSED: yes   DATE REPATRIATED: aug 23
ARE YOU A UNION MEMBER? (✓) YES ( ) NO
IS THERE AN EXISTING CBA? ( ) YES ( ) NO
IS THERE A UNION IN YOUR COMPANY? (✓) YES ( ) NO
WHAT IS THE NAME OF UNION? NSU

## CAUSE OF ACTION

A. ILLEGAL DISMISSAL
- ACTUAL [ ]
- CONSTRUCTIVE [ ]
- GENDER ISSUES [ ]
- SEXUAL HARASSMENT [ ]
- DISCRIMINATION [ ]
- MALTREATMENT/RAPE/TRAFFICKING [ ]
- OTHERS (PLEASE SPECIFY) [✓]

B. MONEY CLAIMS — Non-payment/Underpayment of:
|  | UNDER | NON |
|---|---|---|
| SALARIES / WAGES | [✓] | [ ] |
| OVERTIME PAY | [✓] | [ ] |
| VACATION PAY | [✓] | [ ] |
| SICK LEAVE PAY | [✓] | [ ] |
| DEATH BENEFITS | [ ] | [✓] |

C. DISABILITY / MEDICAL BENEFITS [ ]
DESCRIBE DISABILITY / DISEASE:

D. REFUND OF TRANSPORTATION FARE [ ]

E. OTHERS
PLEASE SPECIFY: Money claims

## RELIEF

A. PAYMENT OF SALARIES / WAGES FOR THE UNEXPIRED PORTION OF THE CONTRACT THREE (3) MONTHS PER YEAR (PER RA/8042) [ ]

B. OTHERS, SPECIFY: Money claims

_COMPLAINANT_

## VERIFICATION/CERTIFICATION OF NON-FORUM SHOPPING

I/We Jelen O. Carpio having been duly sworn to, (If several, shall subscribe and be sworn to) In accordance with law, hereby depose and state that:
[ ] I/We am/are the complainant/s in the above-entitled case;
[ ] I/We have read the contents hereof and declare the same to be true to the best of my/our knowledge and belief.
I/We have not filed any similar case with any other Court, Quasi-Judicial body or government agency. Neither have I/we filed any other similar complaint involving the same parties and the same cause of action before any other Regional Branch (RAB) of the Honorable Commission.

Jelen O. Carpio
PRINTED NAME OVER SIGNATURE

SUBSCRIBED AND SWORN to before me this 08 day of November 16, affiant/s
exhibiting to me his/her/their Community Tax Certificate No./s _____ Issued on _____ at _____

Interviewed by: _____
Complaint Officer    Date:
ADMINISTERING OFFICER



Republic of  Philippines
Department of Labor and Employment
**NATIONAL LABOR AND RELATIONS COMMISSION**
Quezon City
National Capital Region

OFW - SEA BASED
11/8/17

HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO
Complainant/s
- versus –

NLRC RAB No. NCR   Case No: (M) NCR-11-13751-16

CF SHARP CREW MGT. _____ and/or
Respondent/s (Local/Agency)

Arbiter: SUAREZ, MARIE JOSEPHINE C.

NCL-BAHAMAS _____ and/or
Respondent/s (Principal Abroad)

ROOM 302 3RD FLOOR PPSTA BLDG.
WALK-IN SETTLEMENT SENA REF. NO. 11-16772-2016

MIGUEL ROCHA
Other Respondent/s

x-----------------------------------------------------------x

## COMPLAINT

COMPLAINANT/S, RESPECTFULLY STATE/S, THAT:

**NAME OF COMPLAINANT/S ▼**
HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO

| SEX ▼ | AGE ▼ | CIVIL STATUS ▼ |
|---|---|---|
| FEMALE | 42 | MARRIED |

**ADDRESS ▼**   ZIPCODE ▼
PHASE 1, BLOCK 3, LOT 34 CAMELLA HOMES, FIORENZA, BRGY. PALIGUI, APALIT PAMPANGA 2016

NO. OF COMPLAINANT/S (if more than one) ▼
MALE  NONE    FEMALE  1

**LOCAL AGENCY**
NAME OF RESPONDENT AGENCY (LOCAL AGENCY) ▼
CF SHARP CREW MGT.
ADDRESS ▼
CASA ROCHA, 290 GEN. LUNA ST., INTRAMUROS, MANILA NCR 1002
OWNER/MANAGER/PRESIDENT ▼
MIGUEL ROCHA

**PRINCIPAL ABROAD**
NAME OF RESPONDENT PRINCIPAL ▼
NCL-BAHAMAS
ADDRESS ▼

NAME OF ACTUAL EMPLOYER ▼

NATURE OF WORK /POSITION ▼
2ND OFFICER

SALARY PER CONTRACT ▶ PHP 200,000+
SALARY RECEIVED ▶

FLIGHT DATE (PHILS.) ▼
DEPARTURE APRIL 30, 2016  ARRIVAL

PLACE OF WORK/FLAG/VESSEL ▼
M/V "NORWEGIAN CRUISE LINE"

NAME OF WORKER'S UNION / FEDERATION (IF ANY)
NSU
UNION MEMBERSHIP ▶ MEMBER

THIS PORTION IS TO BE FILLED UP BY THE COMPLAINT OFFICER, UNLESS COMPLAINANT/S IS/ARE WITH LEGAL COUNSEL:

### CAUSE OF ACTION

Non-payment - Death Benefits (OFW), Other Causes of Action - MONEY CLAIMS

Jelen O. Carpio
SIGNATURE

MORE ON BACK ▶ • Complete all applicable spaces.

DO NOT WRITE HERE
Page 1 of 2 pages

## RELIEF

COMPLAINANT/S PRAY FOR THE FOLLOWING:

A. PAYMENT OF SALARIES / WAGES FOR THE UNEXPIRED PORTION OF THE CONTRACT THREE (3) MONTHS PER YEAR

(PER RA#8042) [ ]

B. OTHERS, SPECIFY ▼

MONEY CLAIMS

CTRL #373-3

C. OTHER RELIEF, JUST AND EQUITABLE UNDER THE PREMISES, ARE LIKEWISE PRAYED FOR.

DONE IN QUEZON CITY THIS __8th__ DAY OF __November, 2016__.

HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO
COMPLAINANT(1)

COMPLAINANT(2)

ADDRESS ▼

PHASE 1, BLOCK 3, LOT 34 CAMELLA HOMES, FIORENZA, BRGY. PALIGUI, APALIT PAMPANGA 2016

COUNSEL FOR COMPLAINANT/S
ADDRESS ▼

ZIP CODE ▶ 2016

EMPLOYMENT PERIOD ▼

DATE EMPLOYED ▶ _____ DATE DISMISSED ▶ _____
POSITION ▼

2ND OFFICER

SALARY RATE ▼

PHP 200,000+

PTR NO. ▼

IBP NO. ▼

## VERIFICATION

I / We __HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO__, having been duly sworn to, (if several, shall subscribe and be sworn to) in accordance with law, hereby depose and state that:

I / We am / are the complainant/s in the above-entitled case;

I / We have read the contents hereof and declare the same to be true to the best of my/our knowledge and belief.

### CERTIFICATION OF NON-FORUM SHOPPING

This is to certify that I/We have not filed any similar case with any other Court, Quasi-Judicial body or government agency. Neither have I/we filed any other similar complaint involving the same parties and the same cause of action before any other Regional Arbitration Branch (RAB) of the National Labor Relations Commission.

HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO
COMPLAINANT(1)

COMPLAINANT(2)

SUBSCRIBED AND SWORN to before me this __8th__ day of __November, 2016__ in __Quezon City__, affiant/s exhibiting to me his / her / their Community Tax Certificate No./s _____ Issued on _____ at _____

Interviewed by: _____
Complaint Officer
Date: November 8, 2016

Encoded by: GENILO, HANNA LIIA P.

ADMINISTERING OFFICER