# RELEASE OF ALL RIGHTS

READ CAREFULLY – By signing this you give up EVERY right you have.

   I, **JELEN O. CARPIO (representing myself and children TERRENCE JUDE O. CARPIO, 9 years old and JILLIAN DENISE O. CARPIO, 6 years old)** of legal age, Filipino with residence at PH 1 BLK 3 Lot 34 Camella Homes Fiorenza Paligui Apalit Pampanga 2016, and only legal heir of **DIOGENES M. CARPIO, JR.** (see attached Affidavit of Heirship) for valued consideration which I have received:

   The Peso equivalent of **ONE HUNDRED THIRTY THOUSAND US DOLLARS (USD 130,000.00).**

   Do hereby ___release___ (Please write the word RELEASE to show that you know what you are doing) and forever discharge: **NORWEGIAN CRUISE LINE/C.F. SHARP CREW MANAGEMENT, INC.,** and their heirs, executors, administrators, successors and assigns, and their several vessels and in particular the **M/S NORWEGIAN BREAKAWAY (DECK AND ENGINE)** and the owners, agents, operators, charterers, masters, officers and crews, the underwriters and P&I Club of said vessels from each and every right and claim which I now have, or may hereafter have, whether arising in tort, contract, statutory law, or any other basis of recovery, on account of the **DEATH** of my husband **DIOGENES M. CARPIO, JR.**

   And, in addition to that, I ___release___ (Please write the word RELEASE to show that you know what you are doing) them from each and every right and claim which I now have or may hereafter have because of any matter or thing which happened before the signing of this paper, it being my intention by the signing of this paper to wipe the slate clean as between myself, my successors-in-interest and the parties released, even with respect to injuries, illnesses, rights and claims not mentioned herein and which are not known to me. I agree not to file any claims against the Owners and its successors-in-interest based on tort or on any other ground, or to arrest the subject vessel or any other vessel of the said Owners, operators or charterers.

   I agree that this Release of All Rights shall in all respects be governed by the laws of the Philippines including all matters of construction and validity. I further agree that any disputes arising from this settlement agreement shall be referred to the competent court or authorities of the Philippines, to the exclusion of any other forum.

   I agree that in case I violate the terms and conditions of this Release of All Rights, willfully or otherwise, I may be held liable for breach of contract and for payment of damages.

   I understand and concede that payment under this Release of All Rights by the Owners of **M/S NORWEGIAN BREAKAWAY (DECK AND ENGINE)** and its successors-in-interest is not an admission of liability on their part.

   Lastly, I certify that the content of this release have been communicated to me in my national language/local dialect which is Filipino and that I fully understand its terms and condition.

READ THE FOLLOWING STATEMENTS CAREFULLY:

(1) I know that this paper is much more than a receipt. IT IS A RELEASE. I AM GIVING UP EVERY RIGHT I HAVE.

(2) I know that in signing this Release I am, among other things, now settling in full for all rights which I now have arising from the death of **DIOGENES M. CARPIO, JR.** and which I may have in the future, whether it be based on contract, tort or other grounds, and even if said rights are not expressly mentioned in this Release.

(3) I realize that the payment of the money mentioned above is not an admission that anyone (including the Owners and its successors-in-interest) is liable to us for anything.

(4) I am signing this release because I am getting the money. I have not been promised anything else.

(5) I am satisfied.

**THE FOLLOWING IS TO BE FILLED IN BY THE CLAIMANT IN HIS OWN HANDWRITING:**

A. Have you read this paper from beginning to end? _yes_
B. Do you know what this paper you are signing? _yes_
C. What is this paper you are signing? _release of All Rights_
D. Do you make the five (5) numbered statements printed above and do you intend that the parties whom you are releasing shall rely on the statements as the truth? _yes_
E. Do you know that signing this Release settles and ends EVERY right or claim you may have, whether it be based on contract, tort or on other grounds? _yes_

**Therefore,** I am signing my name upon the word THIS IS A RELEASE which is printed below and which is adopted by me as my own, to show that I mean everything that is said on this paper.

_Jeferson D. Carpio_
SIGN HERE >>> **THIS IS A RELEASE**
(Name and Signature of claimant)
DATE: 08 November 2016

Witnesses:

_Marlene O. Sabalvoro_
Marlene O. Sabalvoro
Signature over Printed Name

ATTY. CARMELA G. MAGPANTAY

**SUBSCRIBED AND SWORN** to before me this day of 08 November 2016, by the affiant, who personally appeared before me and whose identity I have confirmed through her SSS ID No. CRN 0033-2708198-7, Philippines.

**LABOR ARBITER/ADMINISTERING OFFICER**
08 November 2016/ Quezon City, Philippines

# RECEIPT OF PAYMENT

Received from **NCL (Bahamas) Ltd. d/b/a NORWEGIAN CRUISE LINE**, through **C. F. SHARP CREW MANAGEMENT, INC.,**

| | |
|---|---|
| **Bank** | : Land Bank of the Philippines |
| **Check No.** | :1241119 |
| **Amount** | : ONE HUNDRED THIRTY THOUSAND US DOLLARS (130,000.00 USD) IN ITS PESO EQUIVALENT |
| **Payable to** | : JELEN O. CARPIO |

in addition to the cash advances/allowances previously received by the undersigned representing full and complete settlement of the Death Compensation Claim in connection with the death of my husband **DIOGENES M CARPIO, JR.**.

I hereby certify and warrant that if any other person claim from the vessel **M/S NORWEGIAN BREAKAWAY (DECK AND ENGINE)**, her Owners, manager, charterers, agents or P&I Club, compensation/damages in connection with my Disability Claim, I shall hold said vessel/persons free and harmless from any and all claims and liabilities whatsoever.

I also certify that I have signed the **RELEASE OF ALL RIGHTS,** and that I fully understand all its contents and the legal consequences thereof.

**JELEN O. CARPIO**

**SUBSCRIBED AND SWORN** to before me this day of 08 November 2016, by the affiant, who personally appeared before me and whose identity I have confirmed through her SSS ID No. CRN 0033-2708198-7, Philippines.

**LABOR ARBITER/ADMINISTERING OFFICER**
08 November 2016/ Quezon City, Philippines

REPUBLIC OF THE PHILIPPINES
DEPARTMENT OF LABOR AND EMPLOYMENT
NATIONAL LABOR RELATIONS COMMISSION
NATIONAL CAPITAL REGION
QUEZON CITY

JELEN O. CARPIO,
representing all heirs of DIOGENES M. CARPIO, JR.
    Complainant,

                                NLRC NCR CASE NO. (M) 11-13751-16

    versus –

NORWEGIAN CRUISE LINE /
C. F. SHARP CREW MANAGEMENT, INC., et. al.
    Respondents.
x---------------------------------------------------------x

## JOINT MOTION TO DISMISS

    Come now Complainant **JELEN O. CARPIO representing all heirs of DIOGENES M. CARPIO, JR.** and respondents **C. F. SHARP CREW MANAGEMENT, INC./NORWEGIAN CRUISE LINE**, by their undersigned attorney, and to this Honorable Office respectfully move for the dismissal of the above case, with prejudice, on the ground that the parties have entered into a full and final amicable settlement of this case. Copy of the **RELEASE OF ALL RIGHTS** executed by complainant is hereto attached as Annex "A".

    The parties hereto have agreed that the amicable settlement of this case would mean a final and complete end to all the claims of the complainant and that the filing of this Joint Motion to Dismiss does not mean admission of any liability whatsoever on the part of herein respondents.

## P R A Y E R

    **WHEREFORE,** the parties respectfully pray that this Honorable Office render an Order:

    1. Approving the **RELEASE OF ALL RIGHTS** executed by the complainant that is attached hereto as Annex "A";

    2. Dismissing the instant case, **with prejudice** and without pronouncement as to costs.

08 November 2016, Quezon City, Philippines

**JELEN O. CARPIO,**
**Complainant**

**CARMELA G. MAGPANTAY**
Counsel for Respondents
Casa Rocha Building
290 General Luna St., Intramuros Manila City
Roll No. 53441
IBP Lifetime No. 778219
PTR No. 4888118/12-04-2015/Manila City
MCLE Compliance V
0013710/ 01-26-2016
Pasig City
cgmagpantay@cfsharp.com
Tel. No.527-60-31

## NOTIFICATION

The Honorable Office
Department of Labor and Employment
National Labor Relations Commission
National Capital Region
Quezon City

G r e e t i n g s:

Please submit the foregoing motion for consideration and approval of this Honorable Office immediately upon receipt hereof.

08 November 2016, Quezon City, Philippines

**JELEN O. CARPIO,**
**Complainant**

**CARMELA G. MAGPANTAY**
Counsel for Respondents
Casa Rocha Building
290 General Luna St., Intramuros Manila City
IBP # Roll No. 53441
IBP Lifetime No. 778219
PTR No. 4888118/12-04-2015/Manila City
MCLE Compliance V
0013710/ 01-26-2016, Pasig City
cgmagpantay@cfsharp.com
Tel. No.527-60-31

Republic of the Philippines
Department of Labor and Employment
**NATIONAL LABOR RELATIONS COMMISSION**
National Capital Region
Quezon City

Heirs of DIOGENES M. CARPIO, JR.
rep by JELEN OCHENGCO CARPIO,
Complainant,

-versus-   NLRC NCR OFW Case No. (M) 11-13751-16

CF SHARP CREW MANAGEMENT, ET AL.,
Respondents.
x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

On 08 November 2016, the same day the complaint was filed, the parties appeared and settled their dispute amicably whereby the respondents extended to complainant the amount of US$130,000.00. A joint motion to dismiss supported by release of all rights executed by the complainant was submitted by the parties.

**WHEREFORE**, on the ground of settlement, the above-entitled case is hereby ordered DISMISSED with prejudice.

SO ORDERED.

Quezon City, Philippines, 10 November 2016.

MARIE JOSEPHINE C. SUAREZ
Labor Arbiter

Copy furnished:

Jelen Ochengco Carpio
Phase 1, Block 3, Lot 34
Camella Homes, Florenza
Brgy. Paligui, Apalit
Pampanga

Miguel Rocha
CF Sharp Crew Management
Casa Rocha, 290 Gen. Luna Street
Intramuros, Manila