ANNEX 6

## MODEL RECEIPT AND RELEASE FORM
## FOR CONTRACTUAL CLAIMS

Ship (name): ..................................................................................................................

(port of registry): ....................................................................................................

(IMO No.): .............................................................................................................

Incident (date and place): ..............................................................................................

Seafarer/Legal heir and/or Dependent: ........................................................................

Ship Owner: ..................................................................................................................

I, [Seafarer] [Seafarer's legal heir and/or dependent]* hereby acknowledge receipt of the sum of [currency and amount] in satisfaction of the Ship Owner's obligation to pay contractual compensation for personal injury and/or death under the terms and conditions of my/the Seafarer's employment and I hereby release the Ship Owner from its obligations under the said terms and conditions.

The payment is made without admission of liability of any claims and is accepted without prejudice to my/the Seafarer's legal heir and/or dependent's right to pursue any claim at law in respect of negligence, tort or any other legal redress available and arising out of the above incident.

Any payments made herein shall be credited to any additional recovery.

Date: .............................................................................................................................

Seafarer/Legal heir and/or Dependent: ........................................................................

Signed: ..........................................................................................................................

*For acknowledgement:*

Ship Owner/Ship Owner representative:     Signed ................................................................

Insurer/Insurer representative:     Signed ................................................................