UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:18-cv-22923-DPG

JELEN CARPIO,
as personal representative of the estate
of DIOGENES CARPIO, JR., S,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    *Defendants.*

_____/

## DECLARATION OF ANDREAS HEINRICH

I, Andreas Heinrich, attest to the truth of the facts stated herein.

1. My name is Andreas Heinrich and I am over the age of 18 and in all respects competent and qualified to make this Declaration. I have personal knowledge of the facts contained herein.

2. I am the Managing Director of Hatecke Service USA, LLC and have personal knowledge of the scope of work for which Hatecke was responsible with respect to the Norwegian *Breakaway*.

3. I also personally inspected the subject life boat, davit, and cable following the incident which is the subject of this lawsuit.

4. At the time of the subject incident Hatecke contracted with NCL (Bahamas) Ltd. to provide periodic inspection and servicing of the lifeboats on the

Breakaway. The lifeboats each have a hook that connect to a master link, which in turn connects to a shackle that then connects to a davit containing the cable system that raises and lowers the lifeboat.

5. At all material times Hatecke provided inspection and maintenance services for the lifeboat and hook only. Hatecke did not provide service, inspection, maintenance and/or surveys on the subject davits, related equipment or the davit cable on the *Breakaway* as alleged by the Plaintiff.

6. More particularly, Hatecke had no responsibility for inspecting or servicing the cable that Plaintiff alleges broke causing the subject accident, nor did it have any responsibility for inspecting or servicing the davit which contained the cable.

7. When I inspected the lifeboat after the subject accident, the master link was still securely connected to the hook in the lifeboat.

8. Hatecke did not employ Diogenes Carpio, Jr. at the time of the incident which is the subject of this lawsuit, or at any other time.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Dated:   July 26, 2018

ANDREAS HEINRICH
Managing Director, Hatecke Service USA, LLC