UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

    Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

**[PROPOSED] ORDER**

Upon consideration of Defendant D-I Davit International, Inc.'s Motion to Dismiss the Amended Complaint or, in the alternative, Motion for Summary Judgment, and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED, and all claims against D-I Davit International, Inc. are dismissed with prejudice.

SO ORDERED, this ___ day of _____, 2018

                                                  _____
                                                  DARRIN P. GAYLES
                                                  UNITED STATES DISTRICT COURT JUDGE

9282225v.1