UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO,
as personal representative of the
estate of DIOGENES CARPIO, JR.,

      Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

      Defendant.

_____/

**NOTICE OF MEDIATION[1]**

**NOTICE IS HEREBY GIVEN** that a Mediation Conference in the above matter will take place
at the time, date, and place below:

| | |
|---|---|
| **DATE:** | February 7, 2019 |
| **TIME:** | 10:00 a.m. |
| **MEDIATOR:** | Laura Bonn, Esq. |
| **LOCATION:** | MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133 |

Respectfully submitted,

LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1776

---

[1] Defendants D-I Davit International, Inc., and D-I Davit International-Hische Gmbh have stated that they cannot
agree to mediation at this time.   All other Parties are in agreement with the mediator, date, time and location.

2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**
Florida Bar No. 0015903
cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**

## SERVICE LIST
*Carpio v. NCL (Bahamas) Ltd. et. al.*
**case no.: 18-cv-22923-DPG**

| | |
|---|---|
| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | **Jerry D. Hamilton, Esq.**<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>**Robert M. Oldershaw, Esq.**<br>Florida Bar No.: 86071<br>roldershaw@hamiltonmillerlaw.com<br>**Elisha M. Sullivan, Esq.**<br>Florida Bar No.: 57559<br>esullivan@hamiltonmillerlaw.com<br>emarrero@hammiltonmillerlaw.com<br>dlemus@hamiltonmillerlaw.com<br>150 S.E. 2nd Avenue, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 379-3686<br>Fax: (305) 379-3690<br>*Attorneys for Defendant Hatecke Service USA, LLC* |

**Anthony P. Strasius, Esq.**
Florida Bar No.: 988715
Anthony.strasius@wilsonelser.com
**Steven C. Jones, Esq**.
Florida Bar No.: 107516
Steven.jones@wilsonelser.com
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
100 Southeast Second Street, Suite 3800
Miami, Florida 33131
Tel: (305) 374-4400
Fax: (305) 579-0261
*Attorneys for Defendant D-1 Davit*
*International, Inc.*

**Curtis Mase, Esq.**
Florida Bar No.: 73928
cmase@maselaw.com
kfehr@maselaw.com
**Cameron W. Eubanks, Esq.**
Florida Bar No.: 85865
ceubanks@maselaw.com
rcoakley@maselaw.com
**Adam Finkel, Esq.**
Florida Bar No.: 101505
afinkel@maselaw.com
carbelaez@maselaw.com
filing@maselaw.com
**Scott P. Mebane, Esq.**
Florida Bar No.: 273030
smebane@maselaw.com
ctoth@maselaw.com
receptionist@maselaw.com
MASE, MEBANE & BRIGGS
2601 S. Bayshore, Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0800
*Attorneys for Defendant NCL (Bahamas) Ltd.*