heirs of Diogenes N. Carpio Jr.
Jeten O. Carpio
**Complainant/s**

-versus-

CF Sharp Crew Mgt / NCL
**Respondent/s**

Republic of the Philippines
Department of Labor and Employment
NATIONAL LABOR AND RELATIONS COMMISSION

OFW

NLRC-OFW Case No.
S (SEA-BASED) 16772
L (LAND-BASED)

Walk-in settlement
$130,000

## COMPLAINT / REQUEST FOR ASSISTANCE

**NAME OF COMPLAINANT/S:** Jeten O. Carpio
**SEX:** F   **AGE:** 92   **CIVIL STATUS:** M
**NO. OF COMPLAINANTS (If more than one):** MALE ___ FEMALE 1

**ADDRESS:** Phase 2 Blk 3 lot 34 Camella Homes Florenza, Paligui, Apalit, Pampanga   **ZIPCODE:**

**NAME OF RESPONDENT AGENCY (LOCAL AGENCY):** CF Sharp / NCL
**ADDRESS:** Casa Rocha 290 Gen. Luna St. Intramuros Mla
**OWNER/MANAGER/PRESIDENT:** Miguel Rocha

**NAME OF RESPONDENT PRINCIPAL:** NCL - Bahamas
**ADDRESS:** Miami Florida
**NAME OF ACTUAL EMPLOYER:**
**ADDRESS:**

**NATURE OF WORK / POSITION:** Deck Dept - 2nd Officer
**SALARY PER CONTRACT:** $2000
**SALARY RECEIVED:**
**FLIGHT DATE (PHILS.):** DEPARTURE 4/30/2016 ARRIVAL
**PLACE OF WORK/FLAG/VESSEL:** Norwegian Breakaway Deck & Engine
**DATE DISMISSED:** yes   **DATE REPATRIATED:** Aug 23,
**IS THERE A UNION IN YOUR COMPANY?** (✓)YES ( )NO   **ARE YOU A UNION MEMBER?** (✓)YES ( )NO
**WHAT IS THE NAME OF UNION?** NSU   **IS THERE AN EXISTING CBA?** ( )YES ( )NO

### CAUSE OF ACTION

**A. ILLEGAL DISMISSAL**
- ACTUAL
- CONSTRUCTIVE
- GENDER ISSUES
  - SEXUAL HARASSMENT
  - DISCRIMINATION
  - MALTREATMENT/RAPE/TRAFFICKING
- OTHERS (PLEASE SPECIFY):

**B. MONEY CLAIMS** — Non-payment/Underpayment of:   UNDER / NON
- SALARIES / WAGES
- OVERTIME PAY
- VACATION PAY
- SICK LEAVE PAY
- DEATH BENEFITS

**C. DISABILITY / MEDICAL BENEFITS**
DESCRIBE DISABILITY / DISEASE:

**D. REFUND OF TRANSPORTATION FARE**

**E. OTHERS** PLEASE SPECIFY: Money claims

### RELIEF

A. PAYMENT OF SALARIES / WAGES FOR THE UNEXPIRED PORTION OF THE CONTRACT THREE (3) MONTHS PER YEAR (PER RA8042) [ ]

B. OTHERS, SPECIFY: Money claims

_____
COMPLAINANT

### VERIFICATION/CERTIFICATION OF NON-FORUM SHOPPING

I/We Jeten O. Carpio, having been duly sworn to, (if several, shall subscribe and be sworn to) in accordance with law, hereby depose and state that:
- I / We am / are the complainant/s in the above-entitled case;
- I / We have read the contents hereof and declare the same to be true to the best of my/our knowledge and belief.
- I/We have not filed any similar case with any other Court, Quasi-Judicial body or government agency. Neither have I/we filed any other similar complaint involving the same parties and the same cause of action before any other Regional Branch (RAB) of the Honorable Commission.

Jeten O. Carpio
PRINTED NAME OVER SIGNATURE

SUBSCRIBED AND SWORN to before me this 08 day of November 18, _____, affiant/s
exhibiting to me his / her / their Community Tax Certificate No./s _____ issued on _____ at _____

Interviewed by: _____   _____
Complaint Officer   Date:   ADMINISTERING OFFICER



Republic of Philippines
Department of Labor and Employment
**NATIONAL LABOR AND RELATIONS COMMISSION**
Quezon City
National Capital Region

OFW - SEA BASED
11/8/17

HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO
Complainant/s
- versus –

NLRC RAB No. NCR   Case No: (M) NCR-11-13751-16

CF SHARP CREW MGT.
Respondent/s (Local/Agency) and/or

Arbiter: SUAREZ, MARIE JOSEPHINE C.

NCL-BAHAMAS
Respondent/s (Principal Abroad) and/or

ROOM 302 3RD FLOOR PPSTA BLDG.
WALK-IN SETTLEMENT SENA REF. NO. 11-16772-2016

MIGUEL ROCHA
Other Respondent/s

x--------------------------------------------------------x

## COMPLAINT

COMPLAINANT/S, RESPECTFULLY STATE/S, THAT:

| NAME OF COMPLAINANT/S ▼ | SEX ▼ | AGE ▼ | CIVIL STATUS ▼ |
|---|---|---|---|
| HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO | FEMALE | 42 | MARRIED |

ADDRESS ▼                                           ZIPCODE ▼        NO. OF COMPLAINANT/S (if more than one) ▼
PHASE 1, BLOCK 3, LOT 34 CAMELLA HOMES, FIORENZA, BRGY. PALIGUI,
APALIT PAMPANGA 2016                                                  MALE NONE   FEMALE 1

**LOCAL AGENCY**
NAME OF RESPONDENT AGENCY (LOCAL AGENCY) ▼
CF SHARP CREW MGT.
ADDRESS ▼
CASA ROCHA, 290 GEN. LUNA ST.,
INTRAMUROS, MANILA NCR 1002

OWNER/MANAGER/PRESIDENT ▼
MIGUEL ROCHA

**PRINCIPAL ABROAD**
NAME OF RESPONDENT PRINCIPAL ▼
NCL-BAHAMAS
ADDRESS ▼

NAME OF ACTUAL EMPLOYER ▼

NATURE OF WORK /POSITION ▼        SALARY PER CONTRACT ▶ PHP 200,000+    FLIGHT DATE (PHILS.) ▼
2ND OFFICER                        SALARY RECEIVED ▶                   DEPARTURE APRIL 30, 2016 ARRIVAL

PLACE OF WORK/FLAG/VESSEL ▼
M/V "NORWEGIAN CRUISE LINE"

NAME OF WORKER'S UNION / FEDERATION (IF ANY)
NSU
UNION MEMBERSHIP ▶ MEMBER

THIS PORTION IS TO BE FILLED UP BY THE COMPLAINT OFFICER, UNLESS COMPLAINANT/S IS/ARE WITH LEGAL COUNSEL:

### CAUSE OF ACTION

Non-payment - Death Benefits (OFW), Other Causes of Action - MONEY CLAIMS

Jelen O. Carpio
SIGNATURE

MORE ON BACK ▶  · Complete all applicable spaces.

DO NOT WRITE HERE
Page 1 of 2 pages

# RELIEF

COMPLAINANT/S PRAY FOR THE FOLLOWING:

A. PAYMENT OF SALARIES / WAGES FOR THE UNEXPIRED PORTION OF THE CONTRACT THREE (3) MONTHS PER YEAR

(PER RA#8042) [ ]

B. OTHERS, SPECIFY ▼

MONEY CLAIMS

CTRL #373-3

C. OTHER RELIEF, JUST AND EQUITABLE UNDER THE PREMISES, ARE LIKEWISE PRAYED FOR.

DONE IN QUEZON CITY THIS __8th__ DAY OF __November, 2016__.

HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO
COMPLAINANT(1)

COMPLAINANT(2)

ADDRESS ▼

PHASE 1, BLOCK 3, LOT 34 CAMELLA HOMES, FIORENZA, BRGY. PALIGUI, APALIT PAMPANGA 2016

COUNSEL FOR COMPLAINANT/S
ADDRESS ▼

ZIP CODE ▶ 2016

EMPLOYMENT PERIOD ▼

DATE EMPLOYED ▶ _____ DATE DISMISSED ▶ _____
POSITION ▼

2ND OFFICER

SALARY RATE ▼

PHP 200,000+

PTR NO. ▼

IBP NO. ▼

# VERIFICATION

I / We __HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO__, having been duly sworn to, (if several, shall subscribe and be sworn to) in accordance with law, hereby depose and state that:

I / We am / are the complainant/s in the above-entitled case;

I / We have read the contents hereof and declare the same to be true to the best of my/our knowledge and belief.

## CERTIFICATION OF NON-FORUM SHOPPING

This is to certify that I/We have not filed any similar case with any other Court, Quasi-Judicial body or government agency. Neither have I/we filed any other similar complaint involving the same parties and the same cause of action before any other Regional Arbitration Branch (RAB) of the National Labor Relations Commission.

HEIRS OF DIOGENES MENDOZA CARPIO, JR. REPRESENTED BY JELEN OCHENGCO CARPIO
COMPLAINANT(1)

COMPLAINANT(2)

SUBSCRIBED AND SWORN to before me this __8th__ day of __November, 2016__ in __Quezon City__, affiant/s exhibiting to me his / her / their Community Tax Certificate No./s _____ Issued on _____ at _____

Interviewed by: _____
Complaint Officer
Date: November 8, 2016

Encoded by: GENILO, HANNA LIIA P.

ADMINISTERING OFFICER

# RECEIPT OF PAYMENT

Received from **NCL (Bahamas) Ltd. d/b/a NORWEGIAN CRUISE LINE**, through **C. F. SHARP CREW MANAGEMENT, INC.,**

| | |
|---|---|
| **Bank** | : Land Bank of the Philippines |
| **Check No.** | :1241119 |
| **Amount** | : ONE HUNDRED THIRTY THOUSAND US DOLLARS (130,000.00 USD) IN ITS PESO EQUIVALENT |
| **Payable to** | : JELEN O. CARPIO |

in addition to the cash advances/allowances previously received by the undersigned representing full and complete settlement of the Death Compensation Claim in connection with the death of my husband **DIOGENES M CARPIO, JR.**.

I hereby certify and warrant that if any other person claim from the vessel **M/S NORWEGIAN BREAKAWAY (DECK AND ENGINE)**, her Owners, manager, charterers, agents or P&I Club, compensation/damages in connection with my Disability Claim, I shall hold said vessel/persons free and harmless from any and all claims and liabilities whatsoever.

I also certify that I have signed the **RELEASE OF ALL RIGHTS,** and that I fully understand all its contents and the legal consequences thereof.

**JELEN O. CARPIO**

**SUBSCRIBED AND SWORN** to before me this day of 08 November 2016, by the affiant, who personally appeared before me and whose identity I have confirmed through her SSS ID No. CRN 0033-2708198-7, Philippines.

**LABOR ARBITER/ADMINISTERING OFFICER**
08 November 2016/ Quezon City, Philippines

REPUBLIC OF THE PHILIPPINES
DEPARTMENT OF LABOR AND EMPLOYMENT
NATIONAL LABOR RELATIONS COMMISSION
NATIONAL CAPITAL REGION
QUEZON CITY

JELEN O. CARPIO,
representing all heirs of DIOGENES M. CARPIO, JR.
  Complainant,

NLRC NCR CASE NO. (M) 11-13751-16

— versus —

NORWEGIAN CRUISE LINE /
C. F. SHARP CREW MANAGEMENT, INC., et. al.
  Respondents.
x------------------------------------------------x

## JOINT MOTION TO DISMISS

Come now Complainant **JELEN O. CARPIO representing all heirs of DIOGENES M. CARPIO, JR.** and respondents **C. F. SHARP CREW MANAGEMENT, INC./NORWEGIAN CRUISE LINE**, by their undersigned attorney, and to this Honorable Office respectfully move for the dismissal of the above case, with prejudice, on the ground that the parties have entered into a full and final amicable settlement of this case. Copy of the **RELEASE OF ALL RIGHTS** executed by complainant is hereto attached as Annex "A".

The parties hereto have agreed that the amicable settlement of this case would mean a final and complete end to all the claims of the complainant and that the filing of this Joint Motion to Dismiss does not mean admission of any liability whatsoever on the part of herein respondents.

### P R A Y E R

**WHEREFORE,** the parties respectfully pray that this Honorable Office render an Order:

1. Approving the **RELEASE OF ALL RIGHTS** executed by the complainant that is attached hereto as Annex "A";

2. Dismissing the instant case, **with prejudice** and without pronouncement as to costs.

08 November 2016, Quezon City, Philippines

JELEN O. CARPIO,
Complainant

**CARMELA G. MAGPANTAY**
Counsel for Respondents
Casa Rocha Building
290 General Luna St., Intramuros Manila City
Roll No. 53441
IBP Lifetime No. 778219
PTR No. 4888118/12-04-2015/Manila City
MCLE Compliance V
0013710/ 01-26-2016
Pasig City
cgmagpantay@cfsharp.com
Tel. No.527-60-31

## NOTIFICATION

The Honorable Office
Department of Labor and Employment
National Labor Relations Commission
National Capital Region
Quezon City

G r e e t i n g s:

Please submit the foregoing motion for consideration and approval of this Honorable Office immediately upon receipt hereof.

08 November 2016, Quezon City, Philippines

**JELEN O. CARPIO,**
**Complainant**

**CARMELA G. MAGPANTAY**
Counsel for Respondents
Casa Rocha Building
290 General Luna St., Intramuros Manila City
IBP # Roll No. 53441
IBP Lifetime No. 778219
PTR No. 4888118/12-04-2015/Manila City
MCLE Compliance V
0013710/ 01-26-2016, Pasig City
cgmagpantay@cfsharp.com
Tel. No.527-60-31

Republic of the Philippines
Department of Labor and Employment
**NATIONAL LABOR RELATIONS COMMISSION**
National Capital Region
Quezon City

Heirs of DIOGENES M. CARPIO, JR.
rep by JELEN OCHENGCO CARPIO,
    Complainant,

-versus-        NLRC NCR OFW Case No. (M) 11-13751-16

CF SHARP CREW MANAGEMENT, ET AL.,
    Respondents.
x- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

On 08 November 2016, the same day the complaint was filed, the parties appeared and settled their dispute amicably whereby the respondents extended to complainant the amount of US$130,000.00. A joint motion to dismiss supported by release of all rights executed by the complainant was submitted by the parties.

**WHEREFORE**, on the ground of settlement, the above-entitled case is hereby ordered DISMISSED with prejudice.

SO ORDERED.

Quezon City, Philippines, 10 November 2016.

**MARIE JOSEPHINE C. SUAREZ**
Labor Arbiter

Copy furnished:

Jelen Ochengco Carpio
Phase 1, Block 3, Lot 34
Camella Homes, Florenza
Brgy. Paligui, Apalit
Pampanga

Miguel Rocha
CF Sharp Crew Management
Casa Rocha, 290 Gen. Luna Street
Intramuros, Manila