## RELEASE OF ALL RIGHTS

READ CAREFULLY – By signing this you give up EVERY right you have.



I, JOVELYN H. ESCALO, 34 years old, with residence at #202 Hyacinth Bldg., Magnolia Place, Campo 2, Tandang Sora, Quezon City NCR 1116, in exchange for **US DOLLARS FORTY THOUSAND AND 00/100 ($40,000.00)** or its peso equivalent of **PESOS ONE MILLION SIX HUNDRED TWENTY THOUSAND AND 00/100 (P1,620,000.00)** which I have received, do hereby ___Release___ *(Please write the word RELEASE to show that you know what you are doing)* and forever discharge the following:

Dolphin Ship Management, Inc., Marcelo R. Rañeses, Steiner Transocean Limited, Steiner Training Limited, Steiner Management Services, Steiner Leisure Limited, Royal Caribbean Cruise Line, the Allure of the Seas. and their vessels in particular "**MV Allure of the Seas**", including all their past and present members, officers, directors, managers, supervisors, employees, affiliates, parents, and subsidiaries, related entities, insurers, reinsurers, attorneys, successors, assigns, owners, agents, operates, charterers, masters, officers, crew, from each and every rights and claim, causes of action, demands, liabilities, rights, and damages which I now have, or may hereafter have, whether arising in tort, contract, statutory law, or any other basis of recovery, on account of the illness I suffered due to:

"*S/P Lap chole; bile leak, S/P stent insertion and removal, and S/P drainage, abscess, sub hepatic area.*"

and, in addition to that, I ___Release___ *(Please write the word RELEASE to show that you know what you are doing)* them from each and every right and claim which I now have or may hereafter have because of any matter or thing which happened before the signing of this paper, it being my intention by the signing of this paper to wipe the slate clean as between myself, my successors-in-interest and the parties released, even with respect to illness, injury, rights and claims not mentioned herein and which are not known to me. I agree not to file any claims against the Owners and its successors-in-interest based on tort or on any other ground, but also not to arrest the subject vessel or any other vessel of said Owners, operators or charterers.

I agree this Release of All Rights shall in all respects be governed by the laws of the Philippines including all matters of construction and validity. I further agree that any disputes arising from this settlement agreement shall be referred to the competent court or authorities of the Philippines, to the exclusion of any other forum.

I agree that in case I violate the terms and conditions of this Release of All Rights, willfully or otherwise, I shall be held liable for breach of contract and for payment of damages.

I understand and concede that payment under this Release of All Rights by the Owners of "**MV ALLURE OF THE SEAS**" and its successors-in-interest is not an admission of liability on their part.

Lastly, I certify that the contents of this Release have been translated to me in my national language/local dialect, which is Filipino, and that I fully understand its terms and conditions.

**READ THE FOLLOWING STATEMENTS CAREFULLY:**

(1) I know that this paper is much more than a receipt. **IT IS A RELEASE. I AM GIVING UP EVERY RIGHT I HAVE.**
(2) I know that in signing this Release I am, among other things, now settling in full for all rights which I now have arising from my illness and which I may have in the future,

whether it be based on contract, tort or other grounds, and even if said rights are not expressly mentioned in this Release.

(3) I realize that the payment of the money mentioned above is not an admission that anyone (including the Owners and its successors-in-interest) is liable to me for anything.

(4) I am signing this release because I am getting the money. I have not been promised anything else.

(5) I am satisfied.

**THE FOLLOWING IS TO BE FILLED IN BY THE CLAIMANT IN HIS OWN HANDWRITING:**

A. Have you read this document from beginning to end? _yes_
B. Do you know what this document you are signing? _yes_
C. What is this document you are signing? _Release of all rights_
D. Do you make the five (5) numbered statement printed above and do you intend that the parties whom you are releasing shall rely on the statements as the truth? _____
E. Do you know that signing this Release settles and ends EVERY right or claim you may have, whether it be based on contract, tort or on other grounds? _____

THEREFORE, I am signing my name upon the words **THIS IS A RELEASE** and alongside the seal, which is printed below and which is adopted by me as my own, to show that I mean everything that is said on this paper.

Dated 9th day of May 2013

SIGN HERE >>> THIS IS A RELEASE.          Seal

Assisted by:

ATTY. SIMPLICIO B. BERMEJO, JR.
Legal Counsel

Witnesses:

BIANCA / DEUM CRUZ?
DOLPHIN SHIP MGT. INC.

Approved by

Labor Arbiter