# EXHIBIT A

# d-i davit international-hische
## deck equipment • plant engineering

d-i davit International-hische GmbH - Sandstrasse 20 - 27232 Sulingen - Germany

Norwegian Cruise Lines
Technical & Maritime Purchasing
Mr. Knut-Erik Bakken
7665 Corporate Center Drive
FL 33126 Miami

UNITED STATES OF AMERICA

Fax:    +1 305 436 4137
Email:  kbakken@ncl.com

## Offer

| | |
|---|---|
| Ref.No.: | R0000024306 |
| | This number has always to be mentioned! |
| Date: | 11.02.2016 |
| Person in charge: | Nadine Finke |
| Email: | aftersales@di-hische.de |
| Phone / Fax: | +49 (4271) 9327 - 25  / -39 |
| Your inquiry of: | 10 February 2016 |
| Your inquiry no.: | email Knut-Erik Bakken |
| Ship: | Norwegian Breakaway |
| IMO: | 9606912 |
| d-i comm.: | 1904/1 |

Dear Mr. Bakken,

We acknowledge with thanks receipt of your inquiry and are glad to quote without engagement and exclusively based on the ECE conditions LW 188 7/93 as follows:

| Pos. | Qty. | Unit | Part # | Description | Price /Unit | Price (EUR) |
|---|---|---|---|---|---|---|
| | | | | **Annual inspection of d-i davits by 4 authorised engineers** | | |
| | | | | **Equipment:** | | |
| | | | | 12 x D-FO.360 | | |
| | | | | 6 x D-FO.430 | | |
| | | | | 2 x D-NPS.MP.20 | | |
| 1 | 32 | x | | dayrate d-i | 860,00 | 27.520,00 |
| | | | | 8 days working with 4 engineers | | |
| 2 | 8 | x | | dayrate d-i | 860,00 | 6.880,00 |
| | | | | 2 days travelling for 4 engineers | | |
| 3 | 8 | x | | allowance | 35,20 | 281,60 |
| 4 | 1 | x | | trip expenses: | 500,00 | 500,00 |
| | | | | estimation for taxi, parking, luggage etc. | | |
| 5 | 1 | x | | flight and ferry tickets | | |
| | | | | on NCL's account | | |
| 6 | 1 | x | | hotel costs | | |
| | | | | on NCL's account | | |
| 7 | 20 | set | 0205372 | consumables | 20,00 | 400,00 |
| 8 | 20 | pc | 0203238 | Statement of Fitness | 110,00 | 2.200,00 |

-Support by crew must be given, where needed.
-Oil to be supplied by owner. Oil change to be performed by crew, technical support by d-i.
-After inspection a function test of the davit systems to be performed by crew, witnessed by the attending d-i engineer(s).

|  |  |  |
|---|---|---|
| sub total: | EUR | 37.781,60 |

Page 1 of 2 page(s)

d-i davit International-hische GmbH
Sandstr. 20, 27232 Sulingen
Postfach 12 69, 27223 Sulingen
Germany
Tel.: +49 4271 9344-0
Fax: +49 4271 9344-55
info@di-hische.de
www.di-hische.de

Delivery address:
Berliner Str. 73-75
27232 Sulingen

HR B 203844
AG Walsrode

Tax No. 45 202 04800

Managing directors:
Felizitas Hische
Dipl.-Ing. Fritz Hische
Dipl.-Ing.(FH) Joachim Wiese
Dipl.-Ing. Zdenko Bujdo

VAT No. DE 116581505

Bank details:
Volksbank Sulingen
IBAN DE20 2569 1633 0008 9931 00
BIC (SWIFT) GENODEF1SUL

Commerzbank Diepholz
IBAN DE45 2564 1302 0620 2429 00
BIC (SWIFT) COBADEFFXXX



| Pos. | Qty. | Unit | Part # | Description | Price / Unit | Price (EUR) |
|------|------|------|--------|-------------|--------------|-------------|
|      |      |      |        |             | sub total: EUR | 37.781,60 |

*Be reminded, the final invoice may differ from the total estimation.*
*Further repairs other than in the quotation mentioned are not included. If these are applicable and can be done onboard by our engineers, this will be invoiced additionally. We will of course notify ship staff and get your approval prior commence.*
*The inspection will be done conform latest rules following d-i inspection protocols which are to be signed off by ship staff for approval after work done.*
*In case it is not allowed to work on seadays at all or only partly/restricted, and a longer stay onboard is required, relevant costs will be invoiced accordingly. This will then have to be agreed with prior continuation of the job.*
*As is d-i company policy for works on safety equipment single cabins must be arranged for the attending engineers. This generates utmost resting which reduces failures to the minimum.*
*Safe reachability and access to the equipment as to be serviced must be guaranteed and, if and where applicable, relevant supports/tools to be provided.*

|  |  |  |
|--|--|--|
|  | total: EUR | 37.781,60 |

Terms of payment:     30 days from date of invoice
Date of service:       27th March - 03rd April 2016
Place of service:     New York, USA
Valid until:          week 14/2016

Hoping the above offer will meet your requirements we are awaiting your most favourable reply.

Best regards
**d-i davit international-hische GmbH**

Nadine Finke



# NORWEGIAN BREAKAWAY
Copy Only

Page 1 of 1

| Dept Name: | ENGINE | | PURCHASE ORDER | | Norwegian Cruise Line |
|---|---|---|---|---|---|
| P.O. Number: | BKW10-16-0141 | | | | Technical & Maritime Purchasing |
| Vendor's Ref: | | | | | 7665 Corporate Center Drive |
| | | | Shipment: | 2-CLASS-USCG-USPH | Miami, FL 33126 |
| Order Date: | 16-Feb-2016 | W7 | Delivery Terms: | | Contact: Bakken, Knut-Erik |
| Delivery Date: | 27-Mar-2016 | W12 | Payment Terms: | | Title: Superintendent, Technical |
| Storing Date: | | W0 | | | Email: kbakken@ncl.com |
| Printed Date: | 16-Feb-2016 | W7 | | | Phone/Fax: +305-436-4837 / +305-436-4135 |

| **VENDOR #** | SVC03415 | NCL # 0000012620 | *Delivery Location* |
|---|---|---|---|
| Name: | D-I DAVIT INTERNATIONAL GMBH | | NEW YORK NY USA - DIRECT TO SHIP |
| Address: | P.O.BOX 1566 | | |
| | SANDSTRASSE 20 | | |
| | SULLINGEN | | 711 12TH AVE., PIER 90 |
| | DEU-27232 | | NEW YORK |
| | | | NY-10019 |
| Country: | GERMANY | | USA |
| Telephone: | 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-93270 | | 1-212-764-4800 |
| Telefax: | 9-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-932739 | | |
| Email: | M.Glander@davit-international.de | | |
| Contact: | Matthias Glander | | AGENT |

**Signed order confirmation with firm delivery date and reference number (if applicable) must be sent by either e-mail or fax to the undersigned**

| Title: | JV, SO CE/AN ANNL SOLAS INSPECTN OF LIFE |
|---|---|

**Purchase order details**

*Service Order:* 1610003160; SO CE/AN ANNUAL SOLAS INSPECTION OF LIFEBOATS

| Item | Qty/Unit | Service Order Description | Curr: | Price | Ext.Price |
|---|---|---|---|---|---|
| 1 | 1 | SO CE/AN ANNUAL SOLAS INSPECTION OF LIFEBOATS | EUR | 37,781.00 | 37,781.00 |

Delivery: 27-Mar-2016

DAVIT INTERNATIONAL TO ATTEND THE MS NORWEGIAN BREAKAWAY FROM MARCH 27-APRIL 3 TO PERFOI

| Ordered by: | Vaught, James L. | | Subtotal: / EUR / | 37,781.00 |
|---|---|---|---|---|
| Title: | Purchasing Agent | | Shipping: / EUR / | 0.00 |
| e-mail: | jvaught@ncl.com | | | |
| Phone/Fax: | 1-305-436-2309 / 1-305-436-4137 | | **Grand Total: / EUR** | **37,781.00** |

**Alex Smink**

| | |
|---|---|
| Von: | Bakken, Knut-Erik <KBAKKEN@ncl.com> |
| Gesendet: | Donnerstag, 11. Februar 2016 16:51 |
| An: | Alex Smink |
| Cc: | Vaught, James L. |
| Betreff: | RE: Notice of Damage E256-02040 d-i ref. G 23795 ; + Annual SOLAS inspection/service R24306 |
| | |
| Kennzeichnung: | Follow up |
| Kennzeichnungsstatus: | Gekennzeichnet |
| | |
| Kategorien: | Noch Antworten |

Alex

PO; BKW10-16-0141 has been processed for this service

Best Regards
Knut - Erik Bakken| Sr. Director Technical Operations.
Superintendent GETAWAY/BREAKAWAY
305.436.4828| 305.436.4135
cell 786 210 0153
kbakken@ncl.com
**Norwegian Cruise Line ®**
7665 Corporate Center Drive | Miami FL 33126

**Freestyle Cruising ®**
ncl.com

---

**From:** Alex Smink [mailto:Alex.Smink@di-hische.de]
**Sent:** Thursday, February 11, 2016 6:33 AM
**To:** Bakken, Knut-Erik
**Subject:** RE: Notice of Damage E256-02040 d-i ref. G 23795 ; + Annual SOLAS inspection/service R24306

Good morning to you Knut,

please find our quotation R24306 for the annual inspection attached.
We are working on the cabin requests thus will be forwarded to Lourdes soon.

Best regards,
Alex Smink

---

**d-i davit international-hische GmbH**
service manager

Sandstrasse 20
27232 Sulingen - Germany

| | |
|---|---|
| tel: | +49 (4271) 9327 - 35 |
| fax: | +49 (4271) 9327 - 39 |
| email: | Alex.Smink@di-hische.de |
| group email: | aftersales@di-hische.de |
| web: | http://www.di-hische.de |

Handelsregister / commercial register: AG Walsrode, B 203844
Geschäftsführer / managing director:
Felizitas Hische, Dipl.-Ing. Fritz Hische,
Dipl.-Ing. (FH) Joachim Wiese, Dipl.-Ing. Zdenko Bujdo