UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:18-cv-22923-DPG

JELEN CARPIO,
as personal representative of the estate
of DIOGENES CARPIO, JR., S,

      Plaintiff,

vs.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

      *Defendants*.

_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF**
**E-MAIL ADDRESSES IN COMPLIANCE WITH RULE 2.516(B)(1)**

PLEASE TAKE NOTICE that Annalisa Gutierrez, Esq. of Hamilton, Miller & Birthisel,

LLP, hereby appear as counsel of record for Defendant, HATECKE SERVICE USA, LLC. and

request that all future pleadings, correspondence, notices, etc., be forwarded to the undersigned.

In compliance with Fla. R. Admin. 2.516, the undersigned designate the following e-mail

addresses for purposes to service in connection with the above-styled matter:

      Primary:      Annalisa Gutierrez agutierrez@hamiltonmillerlaw.com)

      Secondary:      Erika Marrero  (emarrero@hamiltonmillerlaw.com)
                    Dayana Lemus (dlemus@hamiltonmillerlaw.com)

                Respectfully Submitted,

                /s/ *Annalisa Gutierrez*
                Jerry D. Hamilton
                Florida Bar No.: 970700
                jhamilton@hamiltonmillerlaw.com
                Annalisa Gutierrez

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO. 2018-013789-CA-01

Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690
*Attorneys for Hatecke Service USA, LLC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the E-Filing Portal.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List.

/s/ Annalisa Gutierrez
Annalisa Gutierrez

2

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO. 2018-013789-CA-01

## SERVICE LIST

*Attorneys for Plaintiff*

Michael Winkleman, Esq.
Jason R. Margulies, Esq.
Adria G. Notari, Esq.
LIPCON, MARGULIES, ALSINA
& WINKELMAN, P.A.
One Biscayne Tower
2 South Biscayne Blvd., Suite 1776
Miami, FL 33131
Telephone: (305) 373-3016
Facsimile: (305) 373-6204
mwinkleman@lipcon.com
jmargulies@lipcon.com
anotari@lipcon.com

*Attorneys for Defendant, NCL (Bahamas) Ltd.*

Curtis J. Mase, Esq.
Adam Finkel, Esq.
MASE, MEBANE & BRIGGS, P.A.
2601 S. Bayshore Drivee, Suite 800
Miami, FL 33133
Telephone: (305) 377-3770
cmase@maselaw.com
kfehr@maselaw.com
filing@maselaw.com
afinkel@maselaw.com
carbelaez@maselaw.com

*Attorneys for Defendant, Hatecke Service USA, LLC.*

Jerry D. Hamilton
jhamilton@hamiltonmillerlaw.com.
Robert M. Oldershaw
roldershaw@hamiltonmillerlaw.com
Elisha M. Sullivan
Florida Bar No. 57559
esullivan@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile: (305) 379-3690

3