UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO

    *Plaintiff(s),*

vs.

NCL (Bahamas) LTD., D-I
DAVIT INTERNATION, INC.,
HATECKE SERVICE USA, LLC,

    *Defendant(s).*
_____/

## MEDIATOR'S REPORT

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **February 7, 2019 @ 10:00 A.M.**

_____ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

✓ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, than this matter shall be deemed at an impasse.

_____ Other: _____

_____
Laura Bonn, Esq., Florida Bar No.: 244759
MF#: LB-8579

*\* Counsel for Defendant Davit appeared; however, Defendant Davit did not appear because the corporation is inactive.*