UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22923-DPG

JELEN CARPIO,
as personal representative of the
estate of DIOGENES CARPIO, JR.,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

**[proposed]**
**ORDER**
**PLAINTIFF'S RENEWED MOTION FOR REMAND**
**IN LIGHT OF COURT'S ORDER JANUARY 9, 2019**

THIS CAUSE came before the curt on Plaintiff's Unopposed Renewed Motion for Remand In Light of Court's Order of January 9, 2019, and the Court having considered said Motion and otherwise having been fully advised in the premises, it is:

ORDERED AND ADJUDGED:  Plaintiff's Motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida this ___day of _____, 2019.

                                        _____
                                        DARRIN P. GAYLES
                                        UNITED STATES DISTRICT COURT JUDGE

Copies furnished to: Counsel of Record