**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-22923-GAYLES/OTAZO-REYES**

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

     Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

     Defendants.

_____/

**[PROPOSED] ORDER**

Pending before this Court is Defendant D-I Davit International, Inc.'s Opposition to Plaintiff's Renewed Motion for Remand in Light of Court's Order of January 9, 2019 (the "Motion to Remand") and Cross-Motion to Stay this Action (the "Opposing Cross-Motion"). The Court has considered the Opposing Cross-Motion, any opposition thereto, and the record in these proceedings, and finds it is well taken. Therefore, it is hereby

ORDERED that the Motion to Remand is DENIED, and it is

ORDERED that the Opposing Cross-Motion is GRANTED, and this matter is stayed pending resolution of related arbitration proceedings in the Republic of the Philippines.

DONE AND ORDERED, this ___ day of _____, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

1

9657120v.1