UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22923-GAYLES

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

    Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

### DECLARATION OF ANTHONY P. STRASISUS
### IN SUPPORT OF D-I DAVIT INTERNATIONAL, INC.'S
### MOTION FOR PROTECTIVE ORDER

I, Anthony P. Strasius, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am a partner at the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser"), 100 Southeast Second Street – Suite 34800 Miami, Florida 33131-2144 and counsel for D-I Davit International Inc. ("Davits US") in this action.

2.    In my capacity as counsel for Davits US, I am fully familiar with the facts set forth herein, based on my personal knowledge and review of the files and pleadings in this and related actions.

3.    I submit this Declaration support of Davit US' Motion for Protective Order seeking to quash the Notice of Deposition served by Plaintiff's counsel, dated February 14, 2019, directed to Joachim Wiese (the "Notice of Deposition").

4.    Annexed hereto as Exhibit A is a true and correct copy of the Notice of Deposition.

1

2

5. Annexed hereto as Exhibit B is a true and correct copy of pre-application correspondence between counsel for Davit US and Plaintiff, pursuant to Rule 7.1, conferring on the subject matter of this motion.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of February 2019.

/s/ *Anthony P. Strasius*
Anthony P. Strasius

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:18-cv-22923-DPG

JELEN CARPIO,
as personal representative of the
estate of DIOGENES CARPIO, JR.,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC., and
D-I DAVIT INTERNATIONAL-HISCHE
GMBH,

    Defendants.
_____/

## NOTICE OF TAKING DEPOSITION

PLEASE TAKE NOTICE that the undersigned attorneys will take the deposition of:

| Deponent | Date/Time | Location |
|---|---|---|
| Joachim Wiese | Friday, March 8, 2019 @ 10:00 a.m. | Lipcon, Margulies, Alsina & Winkleman, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br><br>** given the witness' location, Plaintiff is agreeable to allow the witness to appear via videoconferencing and/or telephonically |

Upon oral examination before Jeannie Court Reporting, Notary Public, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination

will continue from day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the applicable and governing rules. The deposition is to or may be recorded by videotape. Failure to appear may result in contempt of Court.

Respectfully submitted,

LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**
Florida Bar No. 0015903
cfinklehoffe@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was furnished on February 14, 2019, by electronic mail to on all counsel of record identified in the attached Service List.

By: */s/ Carol L. Finklehoffe*
**CAROL L. FINKLEOFFE**

## SERVICE LIST
*Carpio v. NCL (Bahamas) Ltd. et. al.*
**case no.: 18-cv-22923-DPG**

| **Michael Winkleman, Esq.**<br>Florida Bar No.: 36719<br>mwinkleman@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Florida Bar No.: 0015903<br>cfinklehoffe@lipcon.com | **Jerry D. Hamilton, Esq.**<br>Florida Bar No.: 970700<br>jhamilton@hamiltonmillerlaw.com<br>**Robert M. Oldershaw, Esq.**<br>Florida Bar No.: 86071<br>roldershaw@hamiltonmillerlaw.com |
|---|---|

| | |
|---|---|
| LIPCON, MARGULIES,<br>ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone No.: (305) 373-3016<br>Facsimile No.: (305) 373-6204<br>*Attorneys for Plaintiff* | **Elisha M. Sullivan, Esq.**<br>Florida Bar No.: 57559<br>esullivan@hamiltonmillerlaw.com<br>emarrero@hammiltonmillerlaw.com<br>dlemus@hamiltonmillerlaw.com<br>150 S.E. 2nd Avenue, Suite 1200<br>Miami, Florida 33131<br>Tel: (305) 379-3686<br>Fax: (305) 379-3690<br>*Attorneys for Defendant Hatecke Service USA, LLC* |
| **Anthony P. Strasius, Esq.**<br>Florida Bar No.: 988715<br>Anthony.strasius@wilsonelser.com<br>**Steven C. Jones, Esq.**<br>Florida Bar No.: 107516<br>Steven.jones@wilsonelser.com<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker, LLP<br>100 Southeast Second Street, Suite 3800<br>Miami, Florida 33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant D-1 Davit International, Inc.* | **Curtis Mase, Esq.**<br>Florida Bar No.: 73928<br>cmase@maselaw.com<br>kfehr@maselaw.com<br>**Cameron W. Eubanks, Esq.**<br>Florida Bar No.: 85865<br>ceubanks@maselaw.com<br>rcoakley@maselaw.com<br>**Adam Finkel, Esq.**<br>Florida Bar No.: 101505<br>afinkel@maselaw.com<br>carbelaez@maselaw.com<br>filing@maselaw.com<br>**Scott P. Mebane, Esq.**<br>Florida Bar No.: 273030<br>smebane@maselaw.com<br>ctoth@maselaw.com<br>receptionist@maselaw.com<br>MASE, MEBANE & BRIGGS<br>2601 S. Bayshore, Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0800<br>*Attorneys for Defendant NCL (Bahamas) Ltd.* |

# EXHIBIT B

**From:** Michael Winkleman [mailto:MWinkleman@lipcon.com]
**Sent:** Tuesday, February 19, 2019 12:35 PM
**To:** Jones, Steven <Steven.Jones@wilsonelser.com>; Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Cc:** Daniel Grammes <dgrammes@lipcon.com>; Max Rodriguez <mrodriguez@lipcon.com>; Michael Winkleman <MWinkleman@lipcon.com>
**Subject:** RE: Carpio v NCL et al
**Importance:** High

Steven,

The Federal Court has jurisdiction until it grants our motion for remand. You are opposing the motion for remand so obviously you and your client think there is jurisdiction…

As you know, we want to take the deposition to inquire into the sworn declaration of the affiant…

As such, we will not withdraw the notice unless alternative dates are given.

Thanks, MW

Michael A. Winkleman, *Attorney at Law*



# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, Florida 33131
Tel: (305) 373-3016 - *ext. 224*
Fax: (305) 373-6204
Web: www.Lipcon.com

please consider the environment before printing this email

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This electronic message is also subject to standard copyright/ownership laws. Again, it is not intended or authorized to be reproduced or re-transmitted without the consent of the originator. Thank you.*

---

**From:** Jones, Steven <Steven.Jones@wilsonelser.com>
**Sent:** Monday, February 18, 2019 5:59 PM
**To:** Michael Winkleman <MWinkleman@lipcon.com>; Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Cc:** Daniel Grammes <dgrammes@lipcon.com>; Max Rodriguez <mrodriguez@lipcon.com>
**Subject:** RE: Carpio v NCL et al

Hi Mike,

I see your office has noticed Joachim Weise's deposition for March 8, 2019. We reiterate our general objection to the deposition for the reasons we've provided and supported with sworn declarations and documentation. Additionally, it is inappropriate to notice a deposition in an action your office is seeking to remand claiming the current court lacks jurisdiction. Our client opposes the Motion to Remand and requests your office withdraw the notice of deposition pending resolution of same. Should your office not agree to withdraw the notice of deposition, we will move for a protective order.

Sincerely,

Steven Jones
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street - Suite 3800
Miami, FL 33131-2126
305.341.2282 (Direct)
305.374.4400 (Main)
305.579.0261 (Fax)
steven.jones@wilsonelser.com

---

**From:** Michael Winkleman [mailto:MWinkleman@lipcon.com]
**Sent:** Wednesday, February 13, 2019 4:56 PM
**To:** Jones, Steven <Steven.Jones@wilsonelser.com>; Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>

2

**Cc:** Daniel Grammes <dgrammes@lipcon.com>; Max Rodriguez <mrodriguez@lipcon.com>
**Subject:** RE: Carpio v NCL et al

I'd like to get this case moving forward.

Michael A. Winkleman, *Attorney at Law*

# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, Florida 33131
Tel: (305) 373-3016 - *ext. 224*
Fax: (305) 373-6204
Web: www.Lipcon.com

please consider the environment before printing this email

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This electronic message is also subject to standard copyright/ownership laws. Again, it is not intended or authorized to be reproduced or re-transmitted without the consent of the originator. Thank you.*

---

**From:** Jones, Steven [mailto:Steven.Jones@wilsonelser.com]
**Sent:** Wednesday, February 13, 2019 4:55 PM
**To:** Michael Winkleman; Carol Finklehoffe; Strasius, Anthony
**Cc:** Daniel Grammes; Max Rodriguez
**Subject:** RE: Carpio v NCL et al

We've never maintained the position discovery is stayed pending a motion to dismiss. There is no order requiring our office to produce anyone for deposition. Your office has been well aware of our position on this for well over half a year. Also, why push for a deposition so quickly if you're seeking a remand?

Steven Jones
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street - Suite 3800
Miami, FL 33131-2126
305.341.2282 (Direct)
305.374.4400 (Main)
305.579.0261 (Fax)
steven.jones@wilsonelser.com

3

**From:** Michael Winkleman [mailto:MWinkleman@lipcon.com]
**Sent:** Wednesday, February 13, 2019 4:36 PM
**To:** Jones, Steven <Steven.Jones@wilsonelser.com>; Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Cc:** Daniel Grammes <dgrammes@lipcon.com>; Max Rodriguez <mrodriguez@lipcon.com>
**Subject:** RE: Carpio v NCL et al
**Importance:** High

Steven,

A pending motion to dismiss does not stay discovery. "Southern District of Florida's Local Rules make clear that a stay of discovery pending the determination of a motion to dismiss is the exception rather than the rule." *Dayem on behalf of Dayem v. Chavez*, 13-62405-CIV, 2014 WL 12588513, at *1 (S.D. Fla. Mar. 11, 2014); *see also* S.D. Fla. Local Rules, App. A, Discovery Practices Handbook I.D(5) ("normally, the pendency of a motion to dismiss or motion for summary judgment will not justify a unilateral motion to stay discovery pending a ruling on the dispositive motion").

We will notice the deposition shortly.

Michael A. Winkleman, *Attorney at Law*

# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, Florida 33131
Tel: (305) 373-3016 - *ext. 224*
Fax: (305) 373-6204
Web: www.Lipcon.com

please consider the environment before printing this email

*Confidentiality Notice:* *This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This electronic message is also subject to standard copyright/ownership laws. Again, it is not intended or authorized to be reproduced or re-transmitted without the consent of the originator. Thank you.*

**From:** Jones, Steven [mailto:Steven.Jones@wilsonelser.com]
**Sent:** Wednesday, February 13, 2019 4:04 PM
**To:** Michael Winkleman; Carol Finklehoffe; Strasius, Anthony

4

**Cc:** Daniel Grammes; Max Rodriguez
**Subject:** RE: Carpio v NCL et al

Mike,

We still have a pending motion to dismiss in this case. Our position remains that this deposition is unnecessary and inappropriate for the reasons stated before and in the record. Absent a Court order, we are not producing Mr. Weise for deposition. Thanks.

Steven Jones
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street - Suite 3800
Miami, FL 33131-2126
305.341.2282 (Direct)
305.374.4400 (Main)
305.579.0261 (Fax)
steven.jones@wilsonelser.com

**From:** Michael Winkleman [mailto:MWinkleman@lipcon.com]
**Sent:** Wednesday, February 13, 2019 12:18 PM
**To:** Jones, Steven <Steven.Jones@wilsonelser.com>; Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Cc:** Daniel Grammes <dgrammes@lipcon.com>; Michael Winkleman <MWinkleman@lipcon.com>; Max Rodriguez <mrodriguez@lipcon.com>
**Subject:** RE: Carpio v NCL et al
**Importance:** High

We will be noticing the deposition of Mr. Weise. If you'd like to give us dates by end of business this Friday, great.

If not we will notice the deposition for 2 weeks later. The deponent can attend by phone.

Thanks,
MW


Michael A. Winkleman, *Attorney at Law*


# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.


One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, Florida 33131
Tel: (305) 373-3016 - *ext. 224*
Fax: (305) 373-6204
Web: www.Lipcon.com

5

🖶 please consider the environment before printing this email

*Confidentiality Notice:* *This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This electronic message is also subject to standard copyright/ownership laws. Again, it is not intended or authorized to be reproduced or re-transmitted without the consent of the originator. Thank you.*

**From:** Jones, Steven [mailto:Steven.Jones@wilsonelser.com]
**Sent:** Wednesday, February 13, 2019 10:05 AM
**To:** Michael Winkleman; Carol Finklehoffe; Strasius, Anthony
**Cc:** Daniel Grammes
**Subject:** RE: Carpio v NCL et al

Hi Mike,

I've been out of the office sent last Wednesday and meant to respond to Carol's email from Friday. Our client, D-I Davit International, Inc. does not agree to the Motion to Remand at this time. Regarding the request to depose the corporate representative of D-I Davit International, Inc. in this case, our client is not agreeing to same for the reasons stated repeatedly in our affidavits, motion to dismiss and alternative motion for summary judgment, and corporate documents provided. Since the accompanying Buenaventura case is stayed, the order requiring our client's deposition in that case is moot and the deposition will not be going forward.

Thanks,

Steven Jones
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street - Suite 3800
Miami, FL 33131-2126
305.341.2282 (Direct)
305.374.4400 (Main)
305.579.0261 (Fax)
steven.jones@wilsonelser.com

**From:** Michael Winkleman [mailto:MWinkleman@lipcon.com]
**Sent:** Tuesday, February 12, 2019 5:45 PM
**To:** Jones, Steven <Steven.Jones@wilsonelser.com>; Michael Winkleman <MWinkleman@lipcon.com>; Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Cc:** Daniel Grammes <dgrammes@lipcon.com>
**Subject:** FW: Carpio v NCL et al
**Importance:** High

Tony, Steven,

Attached is the Motion to Remand. Please let us know by EOB Friday whether it is opposed. Thanks, MW

Michael A. Winkleman, *Attorney at Law*

6

# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

One Biscayne Tower
2 South Biscayne Boulevard, Suite 1776
Miami, Florida 33131
Tel: (305) 373-3016 - *ext. 224*
Fax: (305) 373-6204
Web: www.Lipcon.com

please consider the environment before printing this email

*Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This electronic message is also subject to standard copyright/ownership laws. Again, it is not intended or authorized to be reproduced or re-transmitted without the consent of the originator. Thank you.*

---

**From:** Carol Finklehoffe <cfinklehoffe@lipcon.com>
**Sent:** Tuesday, February 12, 2019 3:52 PM
**To:** Michael Winkleman <MWinkleman@lipcon.com>
**Subject:** FW: Carpio v NCL et al
**Importance:** High

See below and attached proposed Motion for Remand.  OC never responded if I can file as unopposed.

Carol L. Finklehoffe, *Attorney at Law*
Admiralty & Maritime Law Certified (CA)
Florida Bar Admiralty Law Committee, Vice Chair (2018-2019)

# LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.

One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Office: (305) 373-3016, Ext. 239
Direct: (786) 800-5449
Fax: (305) 373-6204
Cell: (305) 926-6620
Web: www.lipcon.com



Confidentiality Notice:  This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information.  It is not intended or authorized to be reproduced or re-transmitted without the consent of the originator.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.  Thank you.

7

**From:** Jones, Steven <Steven.Jones@wilsonelser.com>
**Sent:** Sunday, February 10, 2019 8:00 PM
**To:** Carol Finklehoffe <cfinklehoffe@lipcon.com>; Strasius, Anthony <Anthony.Strasius@wilsonelser.com>
**Cc:** Max Rodriguez <mrodriguez@lipcon.com>; Daniel Grammes <dgrammes@lipcon.com>
**Subject:** RE: Carpio v NCL et al

Hi Carol,

Mike spoke to me about this earlier this week. The client is still evaluating its position on this. Thanks.

Steven Jones
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Southeast Second Street - Suite 3800
Miami, FL 33131-2126
305.341.2282 (Direct)
305.374.4400 (Main)
305.579.0261 (Fax)
steven.jones@wilsonelser.com

**From:** Carol Finklehoffe [mailto:cfinklehoffe@lipcon.com]
**Sent:** Friday, February 08, 2019 3:24 PM
**To:** Strasius, Anthony <Anthony.Strasius@wilsonelser.com>; Jones, Steven <Steven.Jones@wilsonelser.com>
**Cc:** Max Rodriguez <mrodriguez@lipcon.com>; Daniel Grammes <dgrammes@lipcon.com>
**Subject:** Carpio v NCL et al

Dear Tony and Steve:

Now that the Court granted NCL's Motion to Compel Arbitration, I will be filing a Motion for Remand. Please advise if you have any objection to the same as I would like to file the motion as unopposed.

Regards,

Carol L. Finklehoffe, *Attorney at Law*
Admiralty & Maritime Law Certified (CA)
Florida Bar Admiralty Law Committee, Vice Chair (2018-2019)

**LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.**

One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33131
Office: (305) 373-3016, Ext. 239
Direct: (786) 800-5449
Fax: (305) 373-6204
Cell: (305) 926-6620
Web: www.lipcon.com



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. It is not intended or authorized to be reproduced or re-transmitted without the consent of the

originator. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.
Thank you.
CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.
Thank you.