UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

    Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

**[PROPOSED] ORDER**

Pending before this Court is Defendant D-I Davit International, Inc.'s Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c) (the "Motion"), seeking to quash Plaintiff's Notice of Deposition, dated February 14, 2019 (the "Notice of Deposition") directed to Joachim Wiese. The Court has considered the Motion, any opposition thereto, and the record in these proceedings, and finds that good cause exists to quash the deposition notice given the procedural state of this action. Therefore, it is hereby

ORDERED that the Motion is GRANTED, and the Notice of Deposition is quashed.

DONE AND ORDERED, this ___ day of _____, 2019.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT COURT JUDGE

9657143v.1