UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22923-GAYLES/OTAZO-REYES

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

    Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a discovery hearing has been set in the above-captioned matter on Defendant D-I Davit International, Inc.'s request for a protective order seeking to quash the Notice of Deposition, dated February 14, 2019, directed to Joachim Wiese.  The parties will appear before the Honorable Alicia M. Otazo Reyes at **2:00 PM on Friday, March 15, 2019**.

    Respectfully submitted,

    */s/ Anthony Strasius*
    Anthony P. Strasius
    Florida Bar No. 988715
    anthony.strasius@wilsonelser.com
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    100 Southeast Second Street – Suite 34800
    Miami, Florida 33131-2144
    Tel. (205) 374-4400
    Fax (305) 579-0261

    *Attorneys for D-I Davit International, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Michael Winkleman, Esq.<br>Jason R. Margulies, Esq.<br>Adria G. Notari, Esq.<br>LIPCON, MARGULIES, ALSINA & WINKLEMAN, P.A.<br>One Biscayne Tower<br>2 South Biscayne Blvd., Suite 1776<br>Miami, FL 33131<br>Tel. (305) 373-3016<br>Fax (305) 373-6204<br>mwinkleman@lipcon.com<br>jmargulies@lipcon.com<br>anotari@lipcon.com<br><br>*Attorneys for Plaintiff*<br>*Jelen Carpio* | Jerry D. Hamilton, Esq.<br>Robert M. Oldershaw, Esq.<br>Elisha M. Sullivan, Esq.<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue, Suite 1200<br>Miami, FL 33131<br>Tel. (305) 379-3686<br>Fax (305) 379-3690<br>jhamilton@hamiltonmillerlaw.com<br>roldershaw@hamiltonmillerlaw.com<br>esullivan@hamiltonmillerlaw.com<br><br>*Attorneys for Defendant*<br>*Hatecke Service USA, LLC* |

Curtis J. Mase, Esq.
Adam Finkel, Esq.
MASE, MEBANE & BRIGGS, P.A.
2601 S. Bayshore Drive, Suite 800
Miami, FL 33133
cmase@maselaw.com
afinkel@maselaw.com

*Attorneys for Defendant*
*NCL (Bahamas) Ltd.*

9679922v.1