UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-22923-GAYLES

JELEN CARPIO
as personal representative of the
estate of DIOGENES CARPIO, JR.,

      Plaintiff,

-vs-

NCL (BAHAMAS) LTD.,
D-I DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

      Defendants.
_____/

**DECLARATION OF ANTHONY P. STRASIUS
IN SUPPORT OF D-I DAVIT INTERNATIONAL, INC.'S
MOTION FOR PROTECTIVE ORDER**

I, Anthony P. Strasius, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am a partner at the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP ("Wilson Elser"), 100 Southeast Second Street – Suite 3800 Miami, Florida 33131-2144 and counsel for D-I Davit International, Inc. ("Davits US") in this action.

    2.    In my capacity as counsel for Davits US, I am fully familiar with the facts set forth herein, based on my personal knowledge and review of the files and pleadings in this and related actions.

    3.    I submit this Declaration in further support of Davit US' Cross-Motion to Stay (the "Cross-Motion") in order to provide the Court with copies of relevant documents Plaintiff referred to in her Opposition to the Cross Motion, but which Plaintiff did not attach for the Court's review.

1

2

4.  Annexed hereto as Exhibit A is a true and correct copy of the Annual Reports filed by Davit US with the State of Florida, for the years 2014 through 2019, referenced by Plaintiff in her Opposition to the Cross-Motion, but not annexed thereto.

5.  I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March 2019.

                                                                        /s/ *Anthony P. Strasius*
                                                                         Anthony P. Strasius

1193248v.1

# EXHIBIT A

## 2014 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000004822

Entity Name: D-I DAVIT INTERNATIONAL INC.

**Current Principal Place of Business:**
695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**Current Mailing Address:**
695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

FEI Number: 61-1722773

**FILED**
Mar 11, 2014
Secretary of State
CC2860465707

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

KLASH, THOMAS W CPA
1909 TYLER STREET
603
HOLLYWOOD, FL 33020 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: THOMAS W. KLASH                                                       03/11/2014
            Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| Title | C/P | Title | S/T |
|---|---|---|---|
| Name | WIESE, JOACHIM | Name | WIESE, JOACHIM |
| Address | 695 NW 4TH AVENUE | Address | 695 NW 4TH AVENUE |
| City-State-Zip: | FORT LAUDERDALE FL 33311 | City-State-Zip: | FORT LAUDERDALE FL 33311 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOACHIM WIESE                                         PRESIDENT           03/11/2014
            Electronic Signature of Signing Officer/Director Detail                            Date

## 2015 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000004822

**Entity Name:** D-I DAVIT INTERNATIONAL INC.

**Current Principal Place of Business:**
695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**Current Mailing Address:**
695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**FEI Number:** 61-1722773

**Name and Address of Current Registered Agent:**

KLASH, THOMAS W CPA
1909 TYLER STREET
302
HOLLYWOOD, FL 33020 US

**FILED**
**Jan 07, 2015**
**Secretary of State**
**CC4943801622**

**Certificate of Status Desired:** No

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: THOMAS W. KLASH                                        01/07/2015
            Electronic Signature of Registered Agent                  Date

**Officer/Director Detail :**

| Title | C/P | | Title | S/T |
|---|---|---|---|---|
| Name | WIESE, JOACHIM | | Name | WIESE, JOACHIM |
| Address | 695 NW 4TH AVENUE | | Address | 695 NW 4TH AVENUE |
| City-State-Zip: | FORT LAUDERDALE FL 33311 | | City-State-Zip: | FORT LAUDERDALE FL 33311 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOACHIM WIESE                         PRESIDENT                01/07/2015
            Electronic Signature of Signing Officer/Director Detail                      Date

**2016 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F13000004822

Entity Name: D-I DAVIT INTERNATIONAL INC.

**FILED**
Feb 18, 2016
Secretary of State
CC8022262708

**Current Principal Place of Business:**
695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**Current Mailing Address:**
695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

FEI Number: 61-1722773

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**
KLASH, THOMAS W CPA
1909 TYLER STREET
302
HOLLYWOOD, FL 33020 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: THOMAS W. KLASH                                              02/18/2016
Electronic Signature of Registered Agent                                 Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | C/P | Title | S/T |
| Name | WIESE, JOACHIM | Name | WIESE, JOACHIM |
| Address | 695 NW 4TH AVENUE | Address | 695 NW 4TH AVENUE |
| City-State-Zip: | FORT LAUDERDALE FL 33311 | City-State-Zip: | FORT LAUDERDALE FL 33311 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOACHIM WIESE                         SEC.                    02/18/2016
Electronic Signature of Signing Officer/Director Detail                   Date

## 2017 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000004822

**Entity Name:** D-I DAVIT INTERNATIONAL INC.

**FILED**
**Jan 17, 2017**
**Secretary of State**
**CC2374722985**

**Current Principal Place of Business:**

695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**Current Mailing Address:**

695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**FEI Number:** 61-1722773                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

KLASH, THOMAS W CPA
1909 TYLER STREET
302
HOLLYWOOD, FL  33020  US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: THOMAS W. KLASH                                                        01/17/2017

Electronic Signature of Registered Agent                                                           Date

### Officer/Director Detail :

| | |
|---|---|
| Title | PRESIDENT |
| Name | WIESE, JOACHIM |
| Address | 695 NW 4TH AVENUE |
| City-State-Zip: | FORT LAUDERDALE  FL  33311 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOACHIM WIESE                              PRESIDENT                    01/17/2017

Electronic Signature of Signing Officer/Director Detail                                          Date

## 2018 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000004822

Entity Name: D-I DAVIT INTERNATIONAL INC.

**Current Principal Place of Business:**

695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**Current Mailing Address:**

695 NW 4TH AVENUE
FORT LAUDERDALE, FL 33311

**FEI Number:** 61-1722773

**Name and Address of Current Registered Agent:**

KLASH, THOMAS W CPA
1909 TYLER STREET
302
HOLLYWOOD, FL 33020 US

**FILED**
Mar 11, 2018
Secretary of State
CC5873881024

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: THOMAS W. KLASH                                      03/11/2018
Electronic Signature of Registered Agent                          Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT |
| Name | WIESE, JOACHIM |
| Address | 695 NW 4TH AVENUE |
| City-State-Zip: | FORT LAUDERDALE FL 33311 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOACHIM WIESE                    PRESIDENT              03/11/2018
Electronic Signature of Signing Officer/Director Detail                Date

## 2019 FOREIGN PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# F13000004822

Entity Name: D-I DAVIT INTERNATIONAL INC.

**Current Principal Place of Business:**

THOMAS KLASH CPA
1909 TYLER STREET SUITE 302
HOLLYWOOD, FL 33020

**Current Mailing Address:**

THOMAS KLASH CPA
1909 TYLER STREET SUITE 302
HOLLYWOOD, FL 33020 US

**FEI Number: 61-1722773**

**Name and Address of Current Registered Agent:**

KLASH, THOMAS W CPA
THOMAS KLASH CPA
1909 TYLER STREET SUITE 302
HOLLYWOOD, FL 33020 US

**FILED**
Feb 11, 2019
Secretary of State
4997240167CC

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: THOMAS W. KLASH                                                          02/11/2019
Electronic Signature of Registered Agent                                              Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PRESIDENT |
| Name | WIESE, JOACHIM |
| Address | SANDSTRASSE 20 |
| City-State-Zip: | SULINGEN GERMANY 27232 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOACHIM WIESE                              PRESIDENT              02/11/2019
Electronic Signature of Signing Officer/Director Detail                          Date