THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-22923-CIV-GAYLES/OTAZO-REYES

JELEN CARPIO, as Personal Representative
of the Estate of DIOGENES CARPIO, JR.,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
D-I-DAVIT INTERNATIONAL, INC.,
HATECKE SERVICE USA, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant D-I-Davit International, Inc.'s ("Defendant D-I-Davit") Notice of Hearing [D.E. 52]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 34]. The undersigned held a hearing on this matter on March 18, 2019. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that Defendant D-I-Davit's request for a protective order quashing the deposition of Joachim Wiese is DENIED. It is further

ORDERED AND ADJUDGED that Plaintiff may conduct a telephonic deposition of Defendant D-I-Davit's corporate representative, limited to two hours and limited to the relationship between the U.S. and German D-I Davit companies.

DONE AND ORDERED in Chambers at Miami, Florida this 18th day of March, 2019.

*Alicia O'Z Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record