# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: April 4, 2019

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

*Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By __J. Adams__
Deputy Clerk
Date __Apr 4, 2019__*

RE: District Court Case No.: 1:18-cv-22923-DPG

State Court Case No.: 2018-013783-CA-01

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By: __Torey Stewart__
Deputy Clerk

On: 04\09\2019

Angela E. Noble, Clerk of Court

By __/s/ Jeffrey Adams__
Deputy Clerk

FILED BY __PG__ D.C.

APR 1 5 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**HARVEY RUVIN**
CLERK
CIRCUIT AND COUNTY COURTS
CIVIL COURTS DIVISION
73 W. FLAGLER ST. #138
MIAMI, FL. 33130
CLK/CT. 958  5/08  ♻ Printed on Recycled Paper

33128377110 0075

United States District Court
Southern District of Florida
400 North Miami Avenue, Room 2409
Miami, Florida 33128-7716